## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STEVEN ALLISON; JIMMY ANDERSON; RAMON ARANA; TYLER BAKER; DANIEL BENNETT; SCARLETT BERGER; LORRAINE BERNS; BRANDON BLANTON; LORETTA BANKS-BLUE AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF RODERICK BLUE; RAY BLUM; RICHARD COLLIN BOUCHER; BENJAMIN BRAY; SHIRLEY BRAY; SHIRLEY BRICKOUS; ANTIONIOUS BROWN; DAVID L. BROWN; DANA C. BURNS; JENNIFER COLLINS; WILL CRUTCHER; WILLIE DARRISAW; ROBERT DEAN;  DETRALL DEARBONE; GUILLERMO DIAZ; ALVIN DORTCH; PAUL DOTY; LANCE EASLEY; CRAIG EMERICK; SABRINA L. EVERSON; LATRINA FAIRLEY; TONYA FOLKS; STEVEN WAYNE GALLION; MARIANNE GARDNER; THOMAS GERMUSA; TONY E. GIVENS; MARIBEL GONZALEZ; GERALD HAIRSTON; KATHY HALPIN AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF THOMAS HALPIN; NORMAN DALE HANSEN JR; KURT HARRIS; WILLIAM HATFIELD; DENERA HENDERSON MUNSEY; CHRISTOPHER HOOKS; MARTY HUESTIES; JESSICA JACKLIN; DARRELL JOHNSON AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF AGNES M. JOHNSON; EMERY D. JOHNSON; TOMMIE JONES; WAYNE JORDAN; STEPHANIE KANE AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF PAUL KANE; BRANDY GARRET AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF BONNIE KELSEY; KIMBERLY KOLESAR AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF MICHAEL W. KOLESAR; LISA LINDENBUSCH; DAVID LINDSEY; CALVIN WALLACE LONG; BRANDON MALKOWSKY; BERT MARTIN; HOLLY

Civil Action No.


**PROOF OF SERVICE**

1

230747503 v1

MCDONOUGH; JAMES MCGUIRE; JENNIFER MCKOWN; STEVEN MEADOWS; ELIZABETH MUMLEY; ROY MUNCIE; LAURA NIZCOGA; ESTELLA PARTIDA AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF TOMAS PARTIDA; CALVIN PETERS; CATHY PHILLIPS; MARK PIONTEK; VERNON PRICE; DONNA PROHASKA; LORENZO REED; ENRIQUE ROJAS; KIMBERLEY ROWELL; CARRIE RUSH; CALEB SAWICKI; JOSEPH SELLERS; ERNEST SMALLWOOD; RAYMOND J. SMITH; JAMIE KLEINKNIGHT AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF ROSEZETTA A. SNYDER; BONNIE SPEIGHTS; KENNETH THEODORE; PHILLIP D. THOMAS; TORRES UPSHAW; GEORGE VANDERHEYDEN; DANIEL VOWELS; BRENDA WALKER-WATSON; DEBORAH WATFORD; CALVIN WILLIAMS; WILLIAM W. WISEMAN II; ROSA ESPARZA AGNES AS THE PROPOSED ADMINISTRATOR OF THE ESTATE OF RANDALL C. YARBROUGH; JOSEPH ZAGURSKY,

Plaintiffs,

v.

THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co.; AGC CHEMICALS AMERICAS INC.; AMEREX CORPORATION; ARKEMA INC.; ARCHROMA U.S. INC.; BASF CORPORATION, individually and as successor in interest to Ciba Inc.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER FIRE & SECURITY AMERICAS, LLC, f/k/a Carrier Fire & Security Americas Corporation; CARRIER FIRE & SECURITY CORPORATION, LLC f/k/a Carrier Fire & Security Corporation; CHEMDESIGN PRODUCTS INC.; CHEMGUARD INC.;

2

CHEMICALS, INC.; CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation; CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise; DYNAX CORPORATION; E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; NATION FORD CHEMICAL COMPANY; NATIONAL FOAM, INC.; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company; DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown;

Defendants.

**THOMAS J. HERTEN, ESQ.**, of full age, hereby certifies as follows:

1. I am an attorney at law at Archer & Greiner, P.C., counsel to Defendants Tyco Fire Products LP and Chemguard, Inc. in the above-referenced matter.

2. On July 23, 2025, I caused a copy of the Notice of Removal with Exhibit A and Civil Cover Sheet (collectively, the "Removal Papers"), to be served via email on the following counsel for Plaintiffs, in the related matter pending in the Supreme Court of New York, New York County, bearing Index No. 152212/2025. On July 23, 2025, I caused a copy of the Removal Papers to be served via Federal Express on the following counsel:

Patrick Lanciotti, Esq.
Andrew Croner, Esq.
Nicholas Mindicino, Esq.

230747503 v1

NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
planciotti@napolilaw.com
acroner@napolilaw.com
nmindicino@napolilaw.com

Paul J. Napoli, Esq.
NSPR LAW SERVICES LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
(833) 271-4502
pnapoli@nsprlaw.com
*Counsel to Plaintiffs*

3. On July 23, 2025, I caused a copy of the Removal Papers to be served via email on the

following counsel for defendants:

Daniel L. Ring, Esq.
Tyler D. Alfermann, Esq.
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
rbulger@jenner.com
dring@jenner.com
talfermann@jenner.com
*Counsel for Defendant 3M Company*

Peter Condron
Clifford J. Zatz
CROWELL & MORING
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: 202.624.2500
Facsimile: 202.628.5116
pcondron@crowell.com
czatz@crowell.com
*Counsel for Defendant AGC Chemicals American Inc.*

Jennifer Simon
Alan Truitt
KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street N.E., Suite 900

230747503 v1

Atlanta, Georgia 30309
404-812-0126
jsimon@kmcllaw.com
atruitt@kmcllaw.com
*Counsel for Defendant Amerex Corporation*

Heidi Levine
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
hlevine@sidley.com
*Counsel for Defendant Arkema Inc.*

Matt Holian
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: (617) 406-6009
matt.holian@us.dlapiper.com

John Wellschlager
DLA PIPER LLP (US)
The Marbury Building
6224 Smith Avenue
Baltimore, MD 21209-3600
Tel: (410) 580-4281
john.wellschlager@dlapiper.com
*Counsel for Defendant BASF Corporation*

Jonathan I. Handler
Keith H. Bensten
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Tel: (617) 345-4600
kbensten@daypitney.com
jihandler@daypitney.com
*Counsel for Defendants Carrier Global Corporation*

Melanie Black Dubis
Charles Raynal
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 400
Raleigh, NC 27601
Tel: (919) 835-4511

Fax: (919) 834-4564
charlesraynal@parkerpoe.com
melaniedubis@parkerpoe.com
*Counsel for Defendants Archroma U.S. Inc. and Clariant Corporation*

Michael L. Carpenter
GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A.
Post Office Box 2636
Gastonia, North Carolina 28053-2636
Telephone: 704-865-4400
Facsimile: 704-866-8010
mcarpenter@gastonlegal.com
*Counsel for Defendant Buckeye Fire Equipment Company*

Jonathan Blakley
GORDON REES SCULLY MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 619-4915
jblakley@grsm.com
*Counsel for Defendant ChemDesign Products Inc.*

John Parker
Oliver Twaddell
GOLDBERG SEGALLA LLP
711 Third Ave. Suite 1900
New York, NY 10017
Tel: (646) 292-8700
Fax: (646) 292-8701
jparker@goldbergsegalla.com
otwaddell@goldbergsegalla.com
*Counsel for Defendant Chemicals Inc.*

Kat Hacker
BARTLIT BECK LLP
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel: (303) 592-3141
dupont@bartlitbeck.com
*Counsel for Defendants Corteva Inc. and DuPont de Nemours Inc.*

Kurt D. Weaver, Esq.
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700

230747503 v1

Fax: (312) 558-1195
kweaver@shb.com
*Counsel for Defendant Deepwater Chemicals Inc.*

Kirk G. Warner
Clifton L. Brinson
Addie K.S. Ries
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
kwarner@smithlaw.com
cbrinson@smithlaw.com
aries@smithlaw.com
*Counsel for Defendant Dynax Corporation*

David R. Erickson
Brent Dwerlkotte
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO
(816) 474-6550
derickson@shb.com
dbdwerlkotte@shb.com
*Counsel for Defendants E. I. Dupont de Nemours and Company, EIDP, Inc., The Chemours Company, and The Chemours Company FC, LLC*

Ethan R. Ware
WILLIAMS MULLEN
1441 Main Street, Suite 1250
P.O. Box 8116 (29202)
Columbia, SC 29201
Tel: 803.567.4610
Fax: 803.567.4601
eware@williamsmullen.com
*Counsel for Defendant Nation Ford Chemical Company*

Keith E. Smith, Esq.
GREENBERG TRAURIG, LLP
Three Logan Square
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7800
smithkei@gtlaw.com
*Counsel for Defendant National Foam Inc.*

230747503 v1

Gwyn Williams, Esq.
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02216
gwyn.williams@lw.com

Kegan A. Brown, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
kbrown@lowenstein.com
*Counsel for Defendant Solvay Specialty Polymers USA, LLC*

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Thomas J. Herten*
Thomas J. Herten
**ARCHER & GREINER, P.C.**

Dated: July 23, 2025

230747503 v1